STATE OF MISSOURI.   Error to the Supreme Court of the State of Missouri.   April 3, 1911.   Dismissed with costs on motion of counsel for the plaintiff in error.   *Mr. William Warner* and *Mr. O. H. Dean* for the plaintiff in error. *Mr. Elliott W. Major* for the defendant in error.

---

No. 830.   THE UNITED STATES, PLAINTIFF IN ERROR, *v.* FRED A. BROOKE ET AL., ETC.   Error to the District Court of the United States for the Southern District of New York.   April 17, 1911.   Dismissed per stipulation of counsel, on motion of *Mr. Solicitor General Lehmann* for the plaintiff in error.   *The Attorney General* for the plaintiff in error.   *Mr. W. Wickham Smith* for the defendants in error.

---

No. 153.   THE WESTERN UNION TELEGRAPH COMPANY, PLAINTIFF IN ERROR, *v.* ABE COHN.   Error to the Supreme Court of Appeals of the State of Virginia.   April 18, 1911.   Dismissed with costs on motion of counsel for the plaintiff in error.   *Mr. Addison L. Holladay, Mr. Rush Taggart, Mr. George H. Fearons, Mr. Henry D. Estabrook* and *Mr. Francis Raymond Stark* for the plaintiff in error. No appearance for the defendant in error.

---

No. 157.   THE WESTERN UNION TELEGRAPH COMPANY, PLAINTIFF IN ERROR, *v.* ABE COHN.   Error to the Circuit Court of the City of Richmond, State of Virginia.   April 18, 1911.   Dismissed with costs on motion of counsel for the plaintiff in error.   *Mr. Addison L. Holladay, Mr. Rush Taggart, Mr. George H. Fearons, Mr. Henry D. Estabrook*